AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
Rafael Zaragoza )   Case No: 4:05CR00019-002
)   USM No: 07988-028
Date of Original Judgment: 02/27/2007 )
Date of Previous Amended Judgment: )   Pro Se
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Because of the amount of drugs involved in the offense, Mr. Zaragoza's base offense level was not lowered as a result of the changes to the Drug Quantity Table at §2D1.1. Therefore, he is not eligible for a sentence reduction pursuant to Amendment 782.

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 11, 2016

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

Distribution:

Rafael Zaragoza
Reg. No. 07988-028
FCI Loretto
Federal Correctional Institution
P.O. Box 1000
Loretto, PA 15940

Electronically Registered Counsel